JUDGE BENJAMIN H. SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>STEPHEN M. KELLY,<br>SUSAN S. CRANE,<br>WILLIAM J. BICHSEL,<br>ANNE MONTGOMERY,<br>LYNNE GREENWALD,<br><br>  Defendants. | NO. CR10-5586BHS<br><br>ORDER GRANTING MOTION TO STAY SENTENCE PENDING APPEAL |

Based on the unopposed motion of the defendants to stay the sentences pending appeal, NOW THEREFORE,

IT IS HEREBY ORDERED that all financial burdens imposed by the Court's April 28, 2011 sentencing, including all restitution, fines, and court costs are STAYED pending appeal.

DATED this 27th day of May, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented By:

*/s/ Jerome Kuh*
Jerome Kuh, Assistant Federal Public Defender
Counsel for William Bichsel


*/s/ Roger Hunko*
Roger Hunko
Attorney for Steven Kelly


*/s/ Paula Olson*
Paula Olson
Attorney for Susan Crane


*/s/ Blake Kremer*
Blake Kremer
Attorney for Anne Montgomery


*/s/ Thomas Campbell*
Thomas Campbell
Attorney for Lynne Greenwald

ORDER GRANTING MOTION TO STAY SENTENCE
PENDING APPEAL
*United States v. Kelly, et al.;* CR10-5586BHS               2